MARC KLAW, Suing on Behalf of Himself and Others, Stockholders of FORSIX THEATRE COMPANY, Appellant, *v.* ABRAHAM L. ERLANGER et al., Respondents.

*Corporations — officers — directors — stockholder's action to compel president and director of corporation to account for destroyed assets.*

*Klaw* v. *Erlanger*, 215 App. Div. 702, affirmed.

(Argued May 4, 1926; decided May 25, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 24, 1925, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought by the plaintiff as a stockholder of the respondent company to compel the individual respondent, Erlanger, the president and a director of the said company, to account to the corporation for his acts whereby, it was alleged, a valuable lease, the sole asset of the company, was destroyed.

*Clarence J. Shearn* for appellant.

*Nathan L. Miller* and *Roscoe T. Holt* for respondent.

Judgment affirmed, with costs; no opinion.

. Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

RAYMOND D. LITTLE, as Administrator of the Estate of EUGENE D. LITTLE, Deceased, Respondent, *v.* JOHN E. COWDIN, Appellant, Impleaded with Another.

*Negligence — motor vehicles — action for death resulting from collision of automobile.*

*Little* v. *Cowdin*, 214 App. Div. 736, affirmed.

(Argued May 5, 1926; decided May 25, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 10, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate